UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENN WALTON, | ) | CASE NO. CV 12-9816 DDP (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| RON BARNES, Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 4, 2013

                                                       DEAN D. PREGERSON
                                                       United States District Judge